IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ; R. ZAVALA; J. GONZALES; R. CASARES; M. LERMA; V. ESQUIBEL,<br><br>    Plaintiffs,<br><br>  vs.<br><br>G.D. LEWIS, et al.,<br><br>    Defendants. | No. C 11-2034 JSW (PR)<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

      Sergio Alvarez, Randolph Zavala, Jose Gonzales, Raymond Casares, Michael Lerma, and Victor J. Esquibel, prisoners at Pelican Bay State Prison, have filed a pro se civil rights complaint for injunctive and monetary relief under 42 U.S.C. § 1983 alleging, among other things, issuing the wrong forms for disciplinary action and interfering with the exercise of their religious practices.

      As an initial matter, the Court finds that Plaintiffs should proceed in separate cases. Because Plaintiffs have limited access to one another and, as pro se litigants, cannot represent each other in these proceedings, basic case management principles of delay reduction and avoidance of confusion call for the Plaintiffs' claims to proceed separately. Accordingly, Zavala, Gonzales, Casares, Lerma and Esquibel are DISMISSED as Plaintiffs from this action without prejudice to their each filing their

1   own new cases in which they are the only Plaintiff, and their application to proceed in
2   forma pauperis in this case is DENIED without prejudice to their filing them in a new
3   action.
4       Alvarez may proceed with this action. However, he must first file an amended
5   complaint containing allegations pertaining to himself only. The current complaint
6   containing allegations pertaining to him and the other Plaintiffs is DISMISSED without
7   prejudice. The amended complaint must be simple and concise and must include the
8   civil case number used in this order and the words FIRST AMENDED COMPLAINT on
9   the first page. Failure to file a proper amended complaint within 30 days of this order
10  will result in the dismissal of this action.
11      IT IS SO ORDERED.
12  DATED: May 13, 2011

JEFFREY S. WHITE
United States District Judge

2