IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ; R. ZAVALA; J. GONZALES; R. CASARES; M. LERMA; V. ESQUIBEL,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. LEWIS, et al.,<br><br>Defendants. | No. C 11-2034 JSW (PR)<br><br>**ORDER DENYING RECONSIDERATION**<br><br><br>(Docket No. 12) |

    Sergio Alvarez, Randolph Zavala, Jose Gonzales, Raymond Casares, Michael Lerma, and Victor J. Esquibel, prisoners at Pelican Bay State Prison, filed this pro se civil rights complaint for injunctive and monetary relief under 42 U.S.C. § 1983. Because Plaintiffs, as prisoners, have limited access to one another and, as pro se litigants, cannot represent each other in legal proceedings, on May 13, 2011, all of the Plaintiffs except Alvarez were dismissed from this action without prejudice to their each filing their own new cases individually. Plaintiffs' subsequent motion for leave to file a motion for reconsideration of that order was denied. Plaintiffs have written a letter to the Court asking that it be construed as another motion for reconsideration.

    Plaintiffs may not make requests of the Court, such as reconsideration of a ruling, in letters; rather, they must file motions that comply with the Federal Rules of Civil

Procedure and the Local Rules.  Furthermore, the allegation that certain inmates are engaging in hunger strikes at Plaintiffs' prison does not affect the ability of the pro se Plaintiffs to represent each other, to pursue a class action, or to effectively prosecute a case jointly.  Consequently, Plaintiffs' letter does not set forth any basis for reconsideration and, to the extent it purports to be motion for reconsideration, it is DENIED.

The Court notes that Plaintiffs' notice of appeal gives jurisdiction over this case to the United States Court of Appeals, and this Court loses jurisdiction over this case until the appeal is decided.  *See Natural Res. Def. Council, Inc. v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001).

IT IS SO ORDERED.

DATED: July 26, 2011

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

S. ALVAREZ et al,

        Plaintiff,

  v.

G.D. LEWIS et al,

        Defendant.

                                              /

Case Number: CV11-02034 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Alvarez K42605
PO Box 7500
C6-115
Crescent City, CA 95532-7500

Dated: July 26, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk