IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO ALVAREZ, | ) | No. C 11-2034 JSW (PR) |
| Plaintiff, | ) ) | **ORDER DENYING MOTION FOR STAY; SCHEDULING BRIEFING** |
| vs. | ) ) | |
| G.D. LEWIS, et al., | ) ) | (Docket No. 66) |
| Defendants. | ) ) | |
| | ) | |

Plaintiff, a California prisoner proceeding pro se, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 against a number of officials at Pelican Bay State Prison, where Plaintiff is incarcerated. He has filed a motion to stay defendants' motion for summary judgment on the grounds that he does not have access to the evidence Defendants filed under seal.

In support of their motion Defendants filed under seal four CDC Form 128-Bs notifying plaintiff that his outgoing mail had been confiscated, along with attached drawings of alleged gang symbols. Defendants contend that if they gave the drawings to Plaintiff, the prison security would be jeopardized and would also violate prison rules because Plaintiff would be possessing contraband. Defendants indicate, however, that the CDC Form 128-Bs themselves are not confidential, only the attached drawings are. Accordingly, the order sealing the evidence is reconsidered in part because the CDC

Form 128-Bs need not be filed under seal.  Within **7 days**, Defendants shall serve the four CDC Form 128-Bs upon Plaintiff, but not the attached confidential drawings which shall remain under seal.  The sealed drawings have been sufficiently described by Defendants in their papers to enable Plaintiff to prepare his opposition to their motion, he will have received all other evidence upon which Defendants' motion rests, and the Court will review the drawings in camera to determine that they depict what Defendants say they depict.

      Accordingly, Plaintiff's motion to stay Defendants' motion for summary judgment is DENIED.  Plaintiff is granted a further extension of time, however, to and including October 30, 2012, in which to file an opposition to Defendant's motion for summary judgment.  No further extensions of time will be granted.  Defendant's shall file a reply within 14 days of the date the opposition is filed.

      IT IS SO ORDERED.

DATED: October 1, 2012

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

S. ALVAREZ et al,

        Plaintiff,

  v.

G.D. LEWIS et al,

        Defendant.

Case Number: CV11-02034 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Alvarez K42605
Pelican Bay State Prison
D3/215
PO Box 7500
Crescent City, CA 95532-7500

Dated: October 1, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk