FILED

JUL 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO ALVAREZ,                          )   No. C 11-2034 JSW (PR)
                                         )
                Plaintiff,               )   **ORDER REFERRING CASE TO**
                                         )   **FEDERAL PRO BONO PROJECT**
        vs.                              )
                                         )
MATTHEW CATE, et al.,                    )
                                         )
                Defendants.              )
                                         )
_____     )

        Plaintiff, a California prisoner proceeding pro se, filed this civil rights action

under 42 U.S.C. § 1983.  On March 8, 2013, the Court granted in part and denied in part

Defendants' motion for summary judgment, and referred the case to Magistrate Judge

Nandor Vadas for mediation.  The case was stayed pending the outcome of the

mediation proceedings.  On June 26, 2013, Judge Vadas reported that mediation did not

settle the case. Plaintiff has requested and is in need of counsel to assist him in this

matter as it proceeds to trial, and good and just cause appearing,

        IT IS ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project

in the manner set forth below:

        (1) The Clerk shall forward to the Federal Pro Bono Project: (a) a copy of this

order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and

1   relevant Court orders.

2          (2) Upon an attorney being located to represent Plaintiff, that attorney shall be

3   appointed as counsel for Plaintiff in this matter until further order of the Court.

4          (3) All proceedings in this action are STAYED until four weeks from the date an

5   attorney is appointed to represent Plaintiff in this action.

6          IT IS SO ORDERED.

7   DATED:      JUL 1 2 2013

8                                    _____

9                                    JEFFREY S. WHITE
                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


S. ALVAREZ et al,

             Plaintiff,

   v.

G.D. LEWIS et al,

             Defendant.

_____/

Case Number: CV11-02034 JSW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Sergio Alvarez K42605
Pelican Bay State Prison
D3/215
P.O. Box 7500
Crescent City, CA 95532-7500

Dated: July 15, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk