1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

SERGIO ALVAREZ,                              )     No. C 11-2034 JSW (PR)
                                             )
10                                           )     **ORDER APPOINTING PRO BONO**
                      Plaintiff,             )     **COUNSEL; SETTING CASE**
11                                           )     **MANAGEMENT CONFERENCE**
        vs.                                  )
12                                           )
                                             )
13     MATTHEW CATE, et al.,                 )
                                             )
14                                           )
                      Defendants.            )
15                                           )
                                             )
16     _____      )

17          Plaintiff having been found in need of counsel to assist him in this matter, and

18     counsel willing to be appointed to represent Plaintiff having been located,

19          IT IS HEREBY ORDERED THAT: Greg Hull, Esq., and Nathan Greenblatt, Esq.,

20     and the law firm of Weil, Gotshal & Manges L.L.P., 201 Redwood Shores Parkway

21     Redwood Shores, CA, 94065, are appointed as counsel for Plaintiff pursuant to 28 U.S.C.

22     1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

23          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by

24     counsel, are hereby ordered to appear at a Case Management Conference before the

25     undersigned on **November 15, 2013 at 1:30 p.m.** in Courtroom No. 11, 19th Floor, 450

26     Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and

27     pretrial dates.

28

1       The parties shall appear in person through lead counsel to discuss all items referred

2   to in this Order and with authority to enter stipulations, to make admissions and to agree

3   to further scheduling dates.

4       The parties shall file a joint case management statement no later than **November 8,**

5   **2013.** The joint case management statement shall address all of the topics set forth in the

6   Standing Order for All Judges of the Northern District of California - *Contents of Joint*

7   *Case Management Statement*, which can be found on the Court's website located at

8   http://www.cand.uscourts.gov.  *See* N.D. Civ. L.R. 16-9.  If any one or more of the parties

9   is proceeding without counsel, the parties may file separate case management statements.

10  Separate statements may also address all of the topics set forth in the Standing Order

11  referenced above.

12      Any request to reschedule the date of the conference shall be made in writing, and

13  by stipulation if possible, at least ten (10) calendar days before the date of the conference

14  and must be based upon good cause.

15      In order to assist the Court in evaluating any need for disqualification or recusal,

16  the parties shall disclose to the Court the identities of any person, associations, firms,

17  partnerships, corporations or other entities known by the parties to have either (1)

18  financial interest in the subject matter at issue or in a party to the proceeding; or (2) any

19  other kind of interest that could be substantially affected by the outcome of the

20  proceeding.  If disclosure of non-party interested entities or persons has already been

21  made as required by Civil L. R. 3-16, the parties may simply reference the pleading or

22  document in which the disclosure was made.  In this regard, counsel are referred to the

23  Court's Recusal Order posted on the Court website at the Judges Information link at

24  http://www.cand.uscourts.gov.

25      Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono

26  Project Guidelines posted on the Court's website at http://www.cand.uscourts.gov.

27

28

1   All proceedings in this action are hereby stayed until 28 days from the date this

2   order is filed.

3   The Clerk shall add Plaintiff's appointed counsel to the docket, and serve a copy of

4   this Order upon counsel for both parties.

5   IT IS SO ORDERED.

6   DATED: August 12, 2013

7   _____

8   JEFFREY S. WHITE
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6 S. ALVAREZ et al,

Case Number: CV11-02034 JSW

7                   Plaintiff,

**CERTIFICATE OF SERVICE**

8     v.

9 G.D. LEWIS et al,

10                   Defendant.

_____/

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

13 That on August 12, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.

15

16

17 Sergio  Alvarez K42605
Pelican Bay State Prison
D3/215
18 PO Box 7500
Crescent City,  CA 95532-7500

19

Dated: August 12, 2013

20

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28