IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO ALVAREZ, | | |
| | Plaintiff, | No. C 11-02034 JSW |
| v. | | |
| MATTHEW CATE, et al., | | **ORDER REGARDING PROPOSED DEADLINES** |
| | Defendants. / | |

Now before the Court is the joint proposed discovery plan setting forth proposed deadlines in the above captioned matter. The Court HEREBY ADOPTS the deadlines proposed by the parties except for the hearing date, pretrial conference, trial date and jury selection date. For these dates, the Court SETS the following deadlines:

(1) Last day to hear dispositive motions: September 12, 2014 at 9:00 a.m.

If the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:

- one party files an opening summary judgment motion by July 18, 2014
- the other party shall file its opposition and cross-motion by August 1, 2014
- the reply and opposition to the cross-motion is due by August 15, 2014
- the reply in support of the cross-motion is due by August 22, 2014

(2) Pretrial Conference: December 8, 2014 at 2:00 p.m.

(3) Trial: January 12, 2015 at 8:00 a.m.

1     (4)    Jury Selection: January 7, 2015 at 8:00 a.m.

2     **IT IS SO ORDERED.**

4 Dated: December 2, 2013

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California