CHRISTOPHER J. COX (Bar No. 151650)
Email: chris.cox@weil.com
BAMBO OBARO (Bar No. 267683)
Email: bambo.obaro@weil.com
JESSICA MOHR (Bar No. 287225)
Email: jessica.mohr@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: +1 650 802 3000
Facsimile: +1 650 802 3100

Attorneys for Plaintiff
SERGIO ALVAREZ

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
BRYAN KAO
Deputy Attorney General
SARA D. VAN LOH (Bar No. 264704)
Deputy Attorney General
Email: Sara.VanLoh@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: +1 415 703-1660
Facsimile: +1 415 703-5843

Attorneys for Defendants SILVEIRA, BARNEBURG,
BRANDON, ROSENBERG, CATE, PIMENTEL, WISE,
JACQUEZ, MCGUYER, AND BRADBURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>G.D. LEWIS, et al.,<br><br>　　　　　　　Defendants. | Case No. C 11-2034 JSW (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR EXPERT DISCOVERY CUTOFF**<br><br>Dept.:　　Courtroom 5 – 2nd Floor<br>Judge:　　Hon. Jeffrey S. White<br>Trial Date: January 12, 2015 |

In accordance with Northern District Local Rules 7-12 and 6-2, counsel for both parties submit this Stipulation and Proposed Order to extend the expert discovery cutoff, which is set for August 27, 2014.

In support thereof, the parties state:

The parties have scheduled a second settlement conference in front of Judge Vadas for September 12, 2014. *See* Declaration of Jessica Mohr, filed concurrently herewith, at ¶ 2. In an effort to avoid incurring potentially unnecessary costs associated with expert discovery, the parties would like to extend the expert discovery cutoff for the limited purpose of allowing the parties to depose their experts at a later date in the event the case does not settle. *Id*. at ¶ 3. Further, and without waiving any objections, the parties have agreed to produce documents responsive to the currently outstanding document subpoenas three days prior to each expert's deposition, to the extent the depositions are scheduled. *Id*.

Accordingly, the parties stipulate that expert discovery should be extended to October 15, 2014, for the limited purpose stated above. Further, the parties stipulate that the last date for hearing on *Daubert* motions should be extended as well, to account for the additional expert discovery. The parties have suggested October 31, 2014, which is available on the Court's calendar, as the last date to hear *Daubert* motions, but are amenable to any date which is convenient for the Court. The proposed new dates are as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Expert Discovery Cutoff | August 27, 2014 | October 15, 2014 |
| Hearing on *Daubert* Motions | September 12, 2014 | October 31, 2014 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 25, 2014 | WEIL, GOTSHAL & MANGES LLP |
| 3 | | By:  */s/ Christopher J. Cox* |
| 4 | | CHRISTOPHER J. COX |
| 5 | | Attorneys for Plaintiff<br>SERGIO ALVAREZ |
| 6 | | |
| 7 | Dated: August 25, 2014 | ATTORNEY GENERAL OF CALIFORNIA |
| 8 | | By:  */s/ Sara Van Loh*<br>SARA VAN LOH |
| 9–11 | | Attorneys for Defendants SILVEIRA, BARNEBURG, BRANDON, ROSENBERG, CATE, PIMENTEL, WISE, JACQUEZ, MCGUYER, AND BRADBURY |

12

13    I, Christopher J. Cox, am the ECF User whose ID and password are being used to file the

14  Stipulation and Proposed Order to Enlarge Time for Expert Discovery Cutoff and Declaration of

15  Jessica Mohr in Support thereof by Parties and Counsel.  In compliance with Local Rule 5-1(i)(3),

16  concurrence in the filing of the Stipulated Request and Declaration has been obtained from Sara D.

17  Van Loh, counsel for Defendants, and I shall maintain records to support this concurrence for

18  subsequent production for the Court if so ordered or for inspection upon request by a party.

19

20    PURSUANT TO STIPULATION, IT IS ~~SO~~ ORDERED~~.~~ that the deadline for expert discovery

21  is CONTINUED to October 15, 2014.  Any motions to exclude expert witnesses shall be brought by

22  motions in limine in accordance with the Court's Standing Order for pretrial conferences.

Dated: September 5, 2014

23    HON. JEFFREY S. WHITE

24

25

26

27

28