| | |
|---|---|
| 1 | KAMALA D. HARRIS |
|   | Attorney General of California |
| 2 | DANIELLE F. O'BANNON |
|   | Supervising Deputy Attorney General |
| 3 | BRYAN KAO |
|   | Deputy Attorney General |
| 4 | SARA D. VAN LOH |
|   | Deputy Attorney General |
| 5 | State Bar No. 264704 |
|   |   455 Golden Gate Avenue, Suite 11000 |
| 6 |   San Francisco, CA  94102-7004 |
|   |   Telephone:  (415) 703-1660 |
| 7 |   Fax:  (415) 703-5843 |
|   |   E-mail:  Sara.VanLoh@doj.ca.gov |
| 8 | *Attorneys for Defendants* |
|   | *Silveira, Barneburg, Brandon, Rosenberg, Cate,* |
| 9 | *Pimentel, Wise, Jacquez, McGuyer, and Bradbury* |
| 10 | CHRISTOPHER J. COX (SBN 151650) |
|    | Email: chris.cox@weil.com |
| 11 | BAMBO OBARO (SBN 267683) |
|    | Email: bambo.obaro@weil.com |
| 12 | WEIL, GOTSHAL & MANGES LLP |
|    | 201 Redwood Shores Parkway |
| 13 | Redwood Shores, CA  94065-1134 |
|    | Telephone:  (650) 802-3000 |
| 14 | Facsimile:  (650) 802-3100 |
| 15 | Attorneys for Plaintiff |
|    | SERGIO ALVAREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SERGIO ALVAREZ, | C 11-2034 JSW (PR) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| G. D. LEWIS, et al., | Judge:         The Honorable Jeffrey S. White |
|  | Trial Date:    January 12, 2015 |
| Defendants. | Action Filed:  April 26, 2011 |

1

The parties, through their respective counsel, have resolved this case. In accordance with their settlement agreement and Federal Rule of Civil Procedure 41, the parties stipulate to a dismissal of this action with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action. The parties reserve their right to seek relief from this judgment pursuant to Fed. R. Civ. P. Rule 60(b) and stipulate that the failure by Defendants to pay Plaintiff pursuant to the terms of the settlement agreement is sufficient basis for relief under Fed. R. Civ. P. 60(b)(6).

IT IS SO STIPULATED.

Dated: October 3, 2014

/s/ Christopher J. Cox
Christopher J. Cox
Attorneys for Plaintiff SERGIO ALVAREZ

Dated: October 3, 2014

/s/ Sara D. Van Loh
Sara D. Van Loh, Deputy Attorney General
Attorney for Defendants

Per Civil Local Rule 5-1(i)(3), I, Sara D. Van Loh, attest that I obtained concurrence in the filing of this document from Bambo Obaro, counsel for Plaintiff.

Pursuant to the parties' stipulation, this case is **DISMISSED WITH PREJUDICE**.

Dated: October 6, 2014

*[signature: Jeffrey S. White]*
The Honorable Jeffrey S. White
United States District Judge

SF2012204009
41076581.doc

2

Stip. & [Proposed] Order Voluntary Dismissal (C 11-2034 JSW (PR))